UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CONRADO AGUSTIN LOPEZ**,

Petitioner,

v.

**ANTONE MONIZ**, *Superintendent*
*Plymouth County Correctional Facility,*
**DAVID WESLING**, *Field Office Director,*
**PATRICIA HYDE,** *Acting Field Office Director,*
**TODD LYONS,** *Acting Director of U.S.*
*Immigration and Customs Enforcement,*
**KRISTI NOEM**, *Secretary of the U.S*
*Department of Homeland Security and*
**PAMELA BONDI**, *Attorney General*
*Of the United States,*

Respondents.

CIVIL ACTION NO.
26-11519-BEM

## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on April 2, 2026, granting in part

the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

Deputy Clerk

DATED: April 2, 2026